FILED 10 MAY '18 14:08 USDC-ORE

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  6:18- MJ- 99 -JR |
| Forest Layne Baer | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 2018 _____ in the county of _____ Deschutes _____ in the

_____ District of _____ Oregon _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (a)(5) | Possession and receipt of child pornography |

This criminal complaint is based on these facts:

The attached affidavit of SA Ben Jones, which is incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ben Jones, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/10/2018

_____
*Judge's signature*

City and state: _____ Eugene, Oregon _____

Jolie Russo, U.S. Magistrate Judge
*Printed name and title*

DISTRICT OF OREGON, ss:        AFFIDAVIT OF BENJAMIN JONES

### Affidavit in Support of an Application
### for a Criminal Complaint and Arrest Warrant

I, Benjamin Jones, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.        I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and

have been so employed since February 2009.   I am currently assigned to the Portland Division,

Bend Resident Agency.   While employed by the FBI, I have investigated federal criminal

violations related to the possession and distribution of child pornography, violent crimes,

domestic terrorism, financial crimes, and computer crimes as well as a number of other criminal

offenses.   As a federal agent, I am authorized to seek and obtain search warrants, to obtain arrest

warrants, and to investigate violations of federal law. My responsibilities include the

investigation of federal criminal offenses, to include 18 U.S. Code § 2252A, child pornography

offenses.

2.        I submit this affidavit in support of a criminal complaint and arrest warrant for

Forest Baer. As set forth below, I have probable cause to believe that Forest Baer committed

violations of Title 18, United States Code, Sections 2252A (a)(2) and (a)(5)(B), receipt and

possession of child pornography..

3.        This affidavit is intended to show only that there is sufficient probable cause for

the requested warrant and does not set forth all of my knowledge about this matter.   The facts

set forth in this affidavit are based on the investigation conducted by FBI SA Travis Welter of

the Bend RA, who is the lead investigator on this matter, my own personal knowledge,

knowledge obtained from other individuals during my participation in this investigation,

including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4.    Title 18, United States Code, Section 2252A(a)(1) prohibits a person from knowingly transporting or shipping child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer. Section 2252A(a)(2) prohibits a person from knowingly receiving or distributing any child pornography that has been mailed, shipped, or transported by any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer. Section 2252A(a)(5)(B) prohibits a person from knowingly possessing or accessing with intent to view any child pornography that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

5.    Title 18, United States Code § 2256(2) defines "sexually explicit conduct" as actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or the lascivious exhibition of the genitals or pubic area of any person.

6.    The term "minor" is defined in 18 U.S.C. § 2256(1) as any person under the age of 18 years.

## Statement of Probable Cause

7.    SA Welter has been involved in an ongoing investigation related to the possession, receipt and distribution of child pornography by Pierce Morrow, who is currently charged by criminal complaint (6:18-mj-00014-JR) with possession, receipt and distribution of child pornography.   As part of this investigation, SA Welter is investigating persons who traded or received child pornography from Morrow.   As part of this investigation, SA Welter identified Forest Baer as someone who communicated with Pierce Morrow and received child pornography from him on Grindr.

8.    From January 15, 2018, at 8:33:38 PM PST to January 18, 2018, at 9:57:01 PM PST, Morrow chatted with Grindr UID 104019406, which was later identified as Forest Baer.   An administrative subpoena was provided to Grindr which revealed that this UID was associated with email account woodcocklong69@yahoo.com ("Woodcocklong"). This chat string starts with the Morrow and Woodcocklong sharing pleasantries, followed by Woodcocklong sharing three images of what appears to be adult male genitalia. They then discuss their sexual interests and desires to "double team an even younger tighter, little twink boy."   Morrow and Woodcocklong then engage in an extensive chat and Morrow sends Woodcocklong several images of child pornography.   Excerpts of the chat are as follows:

Morrow shares a digital image of a nude young male

Woodcocklong- "Damn that's a really young boy"

Morrow- "Yeah I have a few in mind. I sell them weed, get them nice and stoned first. Are you into that or no?"

Woodcocklong- "It seems sketchy. How do I know that you're real?"

Morrow- "We can meet up and talk about it if you'd like. You can meet them

first too. You can ask me whatever you want dude."

**Morrow sends an image of what appears to be an adult male straddling a young girl's head while his penis is in her mouth.**

Woodcocklong- "Why did you choose me specifically to send that pic and have this convo? It's pretty risky showing that to a stranger"

Morrow- "you seemed to be interested in the first pic and the bottom the pic was taken with. Thought you might be curious to see more. I can tell that your are slightly into it"

Woodcocklong- "Where do you meet them?"

Morrow- "Around town. Concerts, downtown, drake park, sometimes siblings of friends. I don't mind getting them weed cuz I've been there when I was younger. If they are curious about other boys I give them a lot more weed than they can buy to come chill with me"

. . . .

Woodcocklong- "Ah okay so what's the typical age and how old are you?"

Morrow- "So like 12-16. I'm 20"

**Morrow sends Woodcocklong an image of naked prepubescent boy.**

Woodcocklong- "I'd be more into girls than boys at that age"

**Morrow sends Woodcocklong an image of a prepubescent girl holding a young male's penis while they kiss.**

Morrow- "Can make that happen if you really wanted to"

Woodcocklong- "That would be hot. But I'm a little paranoid"

Morrow- "What worries you bro? Getting caught?" Morrow sends another image.

**Page 4- Affidavit of Ben Jones**

**Morrow sends Woodcocklong an image of a naked prepubescent girl engaged in sexual intercourse with what appears to be an adult male.**

Woodcocklong- "Well yeah. Worried about prison mainly"

Morrow- "We can go slow and see how you feel. I promise I won't get you in trouble. We be real secretive and only do it with kids I can trust"

Woodcocklong- "Alright I'm willing to meet you and discuss it and see how it feels"

Morrow- "Alright cool sounds like a deal."

Morrow- "Do you have any other questions or things you wanna know?"

Woodcocklong- "Do the girls usually just suck or do they sometime like to be fucked too?"

Woodcocklong- "And how many kids have you played with?"

Morrow- "2 girls and 4 boys. And I did fuck one of the girls yes. Her name is Anastasia and she is 13"

Woodcocklong- "Is she in any of the pics you sent and can you get her back to fuck again?"

**Morrow Sends Woodcocklong three images of a young male and prepubescent female engaged in sexually explicit behavior.**

Morrow- Morrow then sent three additional images and responded "Yes I can she is a little older than in the pics that was the first time with her."

Morrow- "I edited them with the background colors just so no one can tell it was in my bedroom"

Woodcocklong- "Nice she is very cute"

**Page 5- Affidavit of Ben Jones**

Morrow- "So that's who you for sure wanna fuck?"

**Morrow sends another image to Woodcocklong but it is no longer present on the phone.**

Woodcocklong- "Yeah"

Morrow- "Anything else you wanna know about her first?

Woodcocklong- "I should probably know as much as possible. Where did you find her? Dis (SIC) she enjoy being fucked or did it hurt her? What else did she let you do with her?"

Morrow- "She goes to cascade and just started getting into smoking pot. She has an older brother who I was friends with but he went away for college. She enjoys sucking cock but her pussy is so small and tight I'm sure it hurts sometimes but she still keeps coming back for more pot.

Woodcocklong- "So you fuck her pretty often then?"

Morrow- "At least once a month. I just pick her up from school and take her home and then her place is like two blocks away I get her home before her parents even know"

Woodcocklong- "Nice man I'll have to see when my next day off is, I work weekdays usually until 4 but sometimes I get a day off so I'd be able to play with her right after school. But not sure when that will be"

Woodcocklong- "So your place is a good spot to fuck them? Neighbors don't get nosy about kids coming over?"

Morrow- "Yeah it's all good I got a big fence in front of my driveway no one really is ever really around"

. . . .

**Page 6- Affidavit of Ben Jones**

**Morrow sends Woodcocklong an image of a naked prepubescent male.**

Woodcocklong- "Probably not, I'm really only into girls when it comes to kids"

Morrow- "Have you ever tried anything like this or thought about doing
stuff before? Maybe will(sic) a girl was sleeping or something?"

Woodcocklong- "I've thought about it for a long time but never actually
had the chance"

Woodcocklong- "I've always been very careful and tell myself I'd only go
through with it if there was no chance of being caught"

9.    The images Morrow sent which are described above include has the images of
minors engaging in sexually explicit conduct and thus, constitute child pornography.

10.    The IP address used was later associated with a phone number associated with
Forest Baer.

11.    Based on the information from the investigation, a federal search warrant was
obtained for Forest Baer's residence which was executed on Tuesday, May 9, 2018.

12.    At the time of the execution of the search warrant, SAs Welter and Baringer
interviewed Forest Baer, who admitted that he received the above-mentioned child pornography
images sent to him on Grindr.   Forest Baer further advised that these images were still present
on his Samsung Galaxy mobile phone.   Forest Baer further revealed that he had been viewing
child pornography for approximately five-years and had looked at approximately 100 images of
child pornography.   Over that five-year period, Forest Baer downloaded approximately 40
images of child pornography to a file on his Mack Book Pro laptop and distributed
approximately 12 images of child pornography via chatrooms on the internet.   Forest Baer

Page 7- **Affidavit of Ben Jones**

advised that the child pornography images that he distributed were of girls between the ages of eight and 16.

13.     SA Welter reviewed Forest Baer's Samsung Galaxy phone while it was in airplane mode (and therefore not connected to the internet) and confirmed that the above-captioned Grindr messaging string is present on his Grindr mobile messaging application.     Forest Baer also sent the following message to Pierce Morrow, on January 18, 2018 at 6:13 AM, which was not present on Morrow's iPhone: "Do you ever have two kids fuck while you watch?" SA Welter also confirmed that Forest Baer received approximately eleven images from Pierce Morrow during this message string.     SA Welter was unable to see the content of these images, but knows that approximately eight of them were child pornography after reviewing them on Pierce Morrow's iPhone.     A MacBook Pro computer was also seized during the search from Forest Baer's room, but has not yet been examined.

## Conclusion

14.     Based on the foregoing, I have probable cause to believe, and I do believe, that Forest Baer committed violations of Title 18, United States Code, Sections 2252A (a)(2) and (a)(5)(B), receipt and possession of child pornography.     I therefore request that the Court issue the requested criminal complaint and arrest warrant.

/////

/////

/////

/////

/////

/////

**Page 8- Affidavit of Ben Jones**

15.     Prior to being submitted to the Court, this affidavit, the accompanying
application, and the requested search warrant were all reviewed by Assistant United States
Attorney (AUSA) Amy Potter, and AUSA Potter advised me that in her opinion the affidavit and
application are legally and factually sufficient to establish probable cause to support the issuance
of the requested complaint warrant.

BEN JONES
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this _____ day of May 2018.

JOLIE RUSSO
United States Magistrate Judge

**Page 9- Affidavit of Ben Jones**